Steven D. JOHNSON, Plaintiff–
Appellant,

v.

STONE CONTAINER CORPORATION;
Smurfit Stone Container Corporation,
Defendants–Appellees.

No. 02–1602.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Mitchell Jerry Williams, Harris & Graves, P.A., Columbia, South Carolina, for Appellant. Curtis L. Ott, Turner, Padget, Graham & Laney, P.A., Columbia, South Carolina, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Steven D. Johnson appeals the district court's order granting Defendants' motions for summary judgment in this tort action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Johnson v. Stone Container Corp.,* No. CA–00–3714 (D.S.C. Apr. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*